Wednesday,
December 12.

DENNY *v.* CANTHORN.

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, for reasons given in *Carson* v. *McPhetridge, post,* 327.

The judgment is affirmed, with costs.

*John Baker,* for appellant.

*D. W. Voorhees, J. E. McDonald* and *A. L. Roache,* for appellee.

---

COVINGTON *v.* ROSS.

Wednesday,
December 12.

APPEAL from the *Ohio* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, on the authority of *Carson* v. *McPhetridge, post,* 327. We decide in this, no other points than are decided in that case; leaving all others, if others there be, to be settled on further proceedings below.

The judgment is reversed, with costs. Cause remanded for further proceedings.

*C. B. Smith, W. J. Smith* and *J. S. Jelly,* for appellant.

*A. C. Downey,* for appellee.